FILED:  June 1, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 25-2038
(3:23-cv-00476)

———————————

LAUREN SPURLOCK; HEATHER SMITH; and SHAWN ZMUDZINSKI,
individually and on behalf of all others similarly situated

      Plaintiffs - Appellees

v.

WEXFORD HEALTH SOURCES, INC.

      Defendant - Appellant

———————————

O R D E R

———————————

The petition for rehearing en banc was circulated to the full court. No judge

requested a poll under Fed. R. App. P. 40. The court denies the petition for

rehearing en banc.

      For the Court

      /s/ Nwamaka Anowi, Clerk